PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-275-LJO |
|---|---|
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT: ORDER |
| MANJIT SINGH, | |
| Defendant. | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing the indictment against defendant Manjit Singh. The interests of justice, at this time, would be best served by having the court dismiss the pending criminal indictment as to this defendant.

Dated: February 9, 2017                         PHILLIP A. TALBERT
                                                United States Attorney

                                        By:  /s/ Henry Z. Carbajal III
                                             HENRY Z. CARBAJAL III
                                             Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>      v.<br><br>MANJIT SINGH,<br><br>                     Defendant. | CASE NO. 1:11-CR-275-LJO<br><br>[PROPOSED] ORDER ON MOTION TO DISMISS INDICTMENT |

<u>ORDER</u>

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the charges in the Indictment in the above-captioned action against the named defendant.

The Indictment is dismissed as to defendant Manjit Singh.

IT IS SO ORDERED.

Dated: **February 9, 2017**    /s/ Lawrence J. O'Neill
                                                                 UNITED STATES CHIEF DISTRICT JUDGE